IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :   Chapter 11
                                                   :
In re:                                             :   Case Nos. 01-706 (MFW)
                                                   :   through 01-709 (MFW)
ETOYS, INC. et al.,¹                               :
                                                   :   Jointly Administered
                Debtors.                           :
                                                   :
-------------------------------------------------- :
```

### NOTICE OF EFFECTIVE DATE OF FIRST AMENDED CONSOLIDATED LIQUIDATING PLAN OF REORGANIZATION OF EBC I, INC., F/K/A ETOYS, INC., AND ITS AFFILIATED DEBTORS AND DEBTORS-IN-POSSESSION (REGARDING D.I. 1142)

PLEASE TAKE NOTICE that on November 5, 2002 (the "Effective Date"), the First Amended Consolidated Liquidating Plan Of Reorganization Of EBC I, Inc., f/k/a eToys, Inc., And Its Affiliated Debtors And Debtors-In-Possession (the "Plan") became effective pursuant to section 12.2 of the Plan.

Dated: Wilmington, Delaware  
       November 12, 2002

MORRIS, NICHOLS, ARSHT & TUNNELL

      */s/ Jason W. Harbour*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
Michael G. Busenkell (No. 3933)
Jason W. Harbour (No. 4176)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

Counsel to eToys, Inc., et al.,
Debtors and Debtors-In-Possession

---

¹ The Debtors are the following entities: EBC I, Inc., f/k/a eToys, Inc., a Delaware corporation; PMJ Corporation, a Delaware corporation; eKids, Inc., a Delaware corporation; and EBC Distribution, LLC, f/k/a eToys Distribution, LLC, a Delaware LLC.

314240